United States District Court
Southern District of Texas
**ENTERED**
March 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARIE ENGLISH, | § § § § § § § § § § | |
| *Plaintiff*, | | |
| VS. | | CIVIL ACTION NO. 3:19-CV-347 |
| OCWEN LOAN SERVICING LLC, | | |
| *Defendant*. | | |

# FINAL JUDGMENT

Pursuant to the court's order in this case granting the defendant's motion for summary judgment, judgment is entered for the defendant. The court dismisses the plaintiff's claims with prejudice.

**THIS IS A FINAL JUDGMENT.**

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island on the 22nd day of March, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE